**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PATRICK VINCENT KEHOE, an individual,

Plaintiff,

vs.

MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,

Defendant.

Case No: 4:25-cv-07915-KAW

Hon. Magistrate Judge Kandis A. Westmore

**ORDER OF DISMISSAL**

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: November 17, 2026 By: Kandis Westmore

Hon. Kandis A. Westmore
United States Magistrate Judge